820

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE J. MACK, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. SEBASTIAN ROSSILLI, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.

JO A. RUBIN, Respondent, v. RONALD W. RUBIN, Defendant, and VALTRONIC CORPORATION, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.